■ In the Matter of FRANCISCO RIOS, Appellant, v EDWARD HAMMOCK, Respondent. — In a proceeding pursuant to CPLR article 78 to review a determination of the State Board of Parole which, after a hearing, denied petitioner's application for release on parole, petitioner appeals from a judgment of the Supreme Court, Dutchess County (Aldrich, J.), dated February 17, 1983, which dismissed the proceeding on the merits. Judgment affirmed, without costs or disbursements. (See *Matter of Bacon v Hammock,* 96 AD2d 557.) Lazer, J. P., Thompson, Weinstein and Niehoff, JJ., concur.

■ In the Matter of STEPHEN J. SINGER, Petitioner, v ROBERT GROH, as a Justice of the Supreme Court of the State of New York, County of Queens, Respondent. — Proceeding pursuant to CPLR article 78 to review a determination of the Supreme Court, Queens County (Groh, J.), entered May 19, 1982, which adjudged petitioner guilty of criminal contempt committed in the immediate presence of the court and imposed a fine in the amount of $250. Petition granted, determination annulled, on the law, without costs or disbursements, and fine ordered remitted. A review of the record reveals that petitioner was not afforded an opportunity "to make a statement in his defense or in extenuation of his conduct" before being summarily adjudged in contempt as is required by the rules of this court (22 NYCRR 701.2 [c]). In addition, there was no showing that petitioner acted for any reason other than to protect the record in the best interests of his client. (See *Matter of Rotwein [Goodman],* 291 NY 116; *Matter of Marino v Burstein,* 72 AD2d 814.) Mollen, P. J., Lazer, Gibbons and Bracken, JJ. concur.